UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| NADIRA ERFAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 21-cv-03111-RMI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**<br><br>Re: Dkt. Nos. 25, 26 |

Before the court is Plaintiff's Motion for Attorney's fees under § 406(b) of the Social Security Act. Pl.'s Mot. (Dkt. 25). Defendant has filed a response and does not oppose Plaintiff's motion. Def.'s Mot. (Dkt. 26). After reviewing the Plaintiff's Motion, the court finds the proposed fees in the amount of $12,540.00 are reasonable and allowable under 42 U.S.C. § 406(b)(1)(A). The court previously awarded $6,540.44 in fees under the Equal Access to Justice Act ("EAJA") (*see* dkt. 24), which has already been received by Plaintiff's counsel. Accordingly, Plaintiff's motion for fees under § 406(b)(1) is GRANTED; the Commissioner is directed to certify payment in that amount to Plaintiff's counsel and Plaintiff's counsel is ORDERED to refund Plaintiff $6,540.44 upon receipt of that award. The fees awarded by this order shall be paid out of Plaintiff's past-due benefits in accordance with agency policy.

    **IT IS SO ORDERED.**

Dated: January 8, 2024

ROBERT M. ILLMAN
United States Magistrate Judge